UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MATTHEWS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-0595 (DLF) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants the District of Columbia and Mayor Muriel Bowser (collectively, the District) move to dismiss plaintiffs' Complaint. Fed. R. Civ. P. 12(b)(1); 12(b)(6). Plaintiffs Reginald and Teresa Matthews allege that the District improperly designated the area of Route 295 near Pennsylvania Avenue, S.E., as a work zone, or alternatively failed to post the required signs, and thus unlawfully ticketed drivers and imposed doubled civil fines for speed violations captured by a traffic camera at that location.

As set forth in the accompanying memorandum of points and authorities, plaintiffs lack standing to seek injunctive or declaratory relief, and plaintiff Reginald Matthews lacks standing to bring any claims because he has suffered no injury. Further, plaintiffs fail to state claims for unjust enrichment (Count I) and money had and received (Count II), and fail to allege violations of the Excessive Fines Clause (Count III) or substantive due process (Count IV). As a result, plaintiffs cannot establish municipal liability under 42 U.S.C. § 1983. Even if the Court disagrees,

plaintiff Teresa Matthews's claims are still subject to dismissal because they are barred by *res judicata* or, alternatively, collateral estoppel. If any claims survive, defendant Mayor Bowser should be dismissed from this case. A proposed order is attached.

Dated: April 6, 2020.                         Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
BRENDAN HEATH [1619960]
SHANI C. BROWN [1617726]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6591
Fax: (202) 741-5908
honey.morton@dc.gov

*Counsel for Defendants*