UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MATTHEWS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-0595 (DLF) |

# ORDER

Upon consideration of defendants' motion to dismiss plaintiffs' Complaint (Motion), plaintiffs' opposition, and the entire record, it is this ___ day of _____, 2020,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE DABNEY L. FRIEDRICH
Judge, United States District Court
    for the District of Columbia