# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MATTHEWS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants.* | Civil Action No. 20-0595 (DLF) |

## DECLARATION OF JOSEPH DORSEY

I, Joseph Dorsey, declare and state under oath as follows:

1.      I am Deputy Program Manager for the South Capitol Street Project. From February 18, 2019 to March 30, 2020, I was Acting Program Manager.

2.      As Acting Program Manager, I managed the design and construction for the South Capitol Street Project, one of four major construction projects along Route 295 in the District of Columbia. As the lead project, we were responsible for coordinating and communicating between the four projects, and ensuring proper work zone signage. As Deputy Program Manager, I continue to assist in the management of the South Capitol Street Project and coordination between on-going projects.

3.      On or around May 24, 2019, the speed limit on Route 295 from approximately Exit 1 to East Capitol Street S.E. was reduced from 50 miles per hour to 40 miles per hour because the area was inside the boundaries of a designated work

zone. This included the area of Route 295 approximately 0.4 miles south of Pennsylvania Avenue, S.E. heading southwest bound.

4.     A signpost was placed on Route 295 approximately 0.2 miles south of Pennsylvania Avenue, S.E. heading southwest bound with various signs alerting drivers to: (1) the designation of the area as a work zone, (2) the reduced 40 miles per hour speed limit, (3) the doubled fines for violations, and (4) the use of photo enforcement.

5.     On or before December 9, 2019, the boundaries of the speed reduction zone were modified to include only the stretch of Route 295 between I-695 and Chesapeake Street. The new boundaries reflected the segment of Route 295 where work zone activity was consistent and ongoing. The area of Route 295 approximately 0.4 miles south of Pennsylvania Avenue, S.E. is outside of the modified speed reduction zone.

6.     On or before December 9, 2019, the signpost identified above in Paragraph 4 was removed and the speed limit returned to 50 miles per hour at this location.


I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, based upon my personal knowledge and information provided to me in the course of my official duties.

April 6, 2020

Joseph D. Dorsey

Digitally signed by Joseph D. Dorsey
DN: cn=Joseph D. Dorsey, o=IPMD,
ou=DDOT,
email=joseph.dorsey@dc.gov, c=US
Date: 2020.04.06 15:36:33 -04'00'

_____

DATED

_____

Joseph Dorsey