# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MATTHEWS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-0595 (DLF) |

## DECLARATION OF LAMONT HINTON

I, Lamont Hinton, declare and state under oath as follows:

1. I am the Program Manager for Automated Traffic Enforcement (ATE) at the Metropolitan Police Department (MPD). I have been in this position for about four years and five months.

2. As Program Manager, I am responsible for the management and day-to-day operations of the Automated Traffic Enforcement Branch (ATEB), which includes the management of all automated oversize cameras, red light cameras, speed cameras, and stop sign cameras in the District of Columbia.

3. On March 31, 2016, MPD placed an ATE camera on Route 295 approximately 0.4 miles south of Pennsylvania Avenue, S.E. heading southwest bound (the Camera).

4. On June 7, 2019, the Camera was calibrated to capture speeding infractions and issue citations based on a reduced 40 miles per hour speed limit.

Because the area was designated as a work zone, doubled civil fines were imposed for violations captured by the Camera beginning on that date.

5. On December 11, 2019, the Camera was calibrated to capture speeding infractions and issue citations based on the standard 50 miles per hour speed limit at that location on Route 295.

6. Since December 11, 2019, the Camera has been calibrated to capture only speeding infractions based on the 50 miles per hour speed limit and no doubled civil fines have been imposed for violations captured by the Camera.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, based upon my personal knowledge and information provided to me in the course of my official duties.

4/6/2020
DATED

*[signature]*
LAMONT HINTON