# Exhibit C




# DISTRICT OF COLUMBIA
## NOTICE OF INFRACTION

Mail Date: **11/19/2019**

### REGISTERED OWNER INFORMATION

F109031745
TERESA LOUISE MATTHEWS
1108 MORNINGTON PL
CAPITOL HEIGHTS, MD  207433055

Your vehicle was photographed violating District of Columbia traffic regulations on the date and time listed below. Under District law, the registered owner of a vehicle is liable for payment of the fine for violations recorded using an automated traffic enforcement system.

**POINTS WILL NOT BE ASSESSED.**

**For information on photo enforcement technologies, please visit ddot.dc.gov/page/dc-streetsafe-automated-traffic-enforcement.**
If the ticket location includes (WZ) or (SZ), your fine has been doubled because the location is a work zone (WZ) or school zone (SZ).




### VIOLATION INFORMATION
Ticket Number: **F109031745**
Issue Date: **11/08/2019**  Issue Time: **11:56:33 AM**
Violation Code: **T119**
Description: **SPEED 11-15 OVR LIMT**
Vehicle Tag: **MD 9BZ0077**  Vehicle Make: **CADI**
Vehicle Speed: **52mph**  Posted Speed: **40mph**
Location: **DC 295 .4mi s/o PA Ave SE sw/b (WZ)**

On the back of this notice you will find directions for answering this ticket. If you want to contest the ticket, penalty, or both do not pay the ticket until you receive your decision from DMV. Your answer to this ticket must be received by the payment due date listed below. Failure to pay the fine or contest the violation in the manner and time required is an admission of liability. This will result in additional penalties and the loss of your right to a hearing. For vehicles registered in the District of Columbia, the Department of Motor Vehicles will place a hold on the renewal of the owner's vehicle registration as long as the ticket is unpaid. Your vehicle may be immobilized or impounded if two or more unpaid tickets are on your record.

---

Detach and return this portion with your payment in the envelope provided, or you may pay your ticket through the Internet at: dmv.dc.gov

Ticket Number: **F109031745**   Vehicle Tag: **MD 9BZ0077**
Amount Due: **$200.00**          Mail Date: **11/19/2019**
Due Date: **12/19/2019**

Amount Due After Due Date: **$400.00**
Amount Paid: $ _____

You can view full color versions of the images and video (if available) and deployment log (for speed violations) for this ticket at: public.cite-web.com

Citation Number: **10903174**
Pin Number: **275652533**

01193230000558001000200000F109031745

## DIRECTIONS FOR ANSWERING

**IF YOUR PAYMENT OR HEARING REQUEST IS NOT RECEIVED WITHIN 30 CALENDAR DAYS OF THE TICKET MAIL DATE, THE FINE WILL DOUBLE. However, you have 60 calendar days from the ticket mail date to request a hearing. For information not listed below, call (202) 737-4404 or visit dmv.dc.gov.**

DCPE (REV 1/24/17)

**1. To Admit**: You may admit to the infraction and waive your right to a hearing by paying the fine. There are four ways to pay:

- a) Online by credit card at dmv.dc.gov.
- b) By phone with a credit card at (866) 893-5023.
- c) By mail with a check or money order payable to the D.C. Treasurer, to: Adjudication Services, P.O. Box 2014, Washington, DC 20013. Write your tag number, ticket number, name and address on the check or money order.
- d) At 955 L'Enfant Plaza, SW, Suite P100, Monday, Tuesday, Thursday, Friday, 8:15 am to 5:00 pm; Wednesday 9:15 am to 5:00 pm.

D.C. Government accepts Visa and MasterCard.

### 2. To Deny the Ticket (DO NOT SEND PAYMENT OF FINE OR PENALTY):

- a) Online at dmv.dc.gov.
- b) By Mail. Submit a written statement describing your defense(s), including any supporting documents such as photos and receipts. Mail to: Adjudication Services, P.O. Box 37135, Washington DC 20013.
- c) In-Person Hearings on Photo Enforcement Infractions are held on a walk-in basis at 955 L'Enfant Plaza, SW, Suite P100, Monday, Tuesday, Thursday, Friday, 8:15 am to 4:00 pm; Wednesday 9:15 am to 4:00 pm. Bring any supporting evidence, such as photos and receipts, to make your case at the hearing. Evidence must be presented in hardcopy.

### 3. Admit with Explanation (DO NOT SEND PAYMENT OF FINE OR PENALTY):

You may also admit liability and provide an explanation for the offense, either by mail or at a walk-in hearing. A hearing examiner will review your explanation and consider reducing your penalty for fines that have doubled.

**Go Green- Sign up for E-mail ticket alerts at dmv.dc.gov.**

**Warnings:**

- **If your answer is not received within 60 calendar days, your vehicle may be booted and towed after two or more outstanding tickets.**
- **Returned checks are subject to electronic redeposit for the face amount and a returned check fee of $65.**

2